McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,  )  | CR. NO. S-08-106-MCE | |
|         Plaintiff,  ) | | |
|   v.  ) | | |
| MORGAN MICHELLE HOKE,  ) | | |
|         Defendant.  ) | | |
| _____) | | |
| UNITED STATES OF AMERICA,  ) | CR. NO. S-08-276-MCE | |
|         Plaintiff,  ) | | |
|   v.  ) | | |
| MORGAN MICHELLE HOKE,  ) | | |
|         Defendant.  ) | | |
| _____) | | |
| UNITED STATES OF AMERICA,  ) | CR. NO. S-08-311-GEB | |
|         Plaintiff,  ) | | |
|   v.  ) | **MOTION TO RELATE CASES** | |
| MORGAN MICHELLE HOKE,  ) | **AND PROPOSED ORDER** | |
|         Defendant.  ) | | |
| _____) | | |

**NOTICE AND MOTION**

HEREBY, under Local Rule 83-123(3) & (4), the United States notifies the Court of the filing of a related case. HEREBY FURTHER, the United States moves the latter case, CR. S-08-311-GEB, be related with earlier filed cases, CR. S-08-106-MCE and CR. S-08-276-MCE.

///

///

//

**MEMORANDUM IN SUPPORT**

On March 6, 2008, an Indictment (charging Hoke with a Roseville, California robbery) was filed in the Eastern District of California (EDCA) initiating CR. S-08-106-MCE.  Thereafter, an Information (charging Hoke with an Austin, Texas (WDTX) bank robbery) in CR. S-08-276 was related with CR. S-08-106-MCE.  Each case (CR. S-08-106-MCE and CR. S-08-276-MCE) charges HOKE under 18 U.S.C. § 2113(a).

On April 16, 2008, the Western District of Washington (WDWA) charged Hoke via Indictment for a Lynnwood, Washington bank robbery.  The WDWA has (with agreement of the undersigned on behalf of the EDCA and with agreement of the defendant) agreed to Rule 20 disposition of the WDWA Indictment in the EDCA.  In the EDCA, on July 7, 2008, the Rule 20 transfer documents were received and the WDWA Indictment/case was designated as CR. S-08-311-GEB. The Indictment in CR. S-08-311-GEB also charges HOKE under 18 U.S.C. § 2113(a).

By this motion, the United States submits that the latter charged Indictment against HOKE, Cr. S-08-311-GEB, should be related before Judge England with the earlier charged cases against HOKE, Cr. S-08-106-MCE and CR. S-08-276-MCE.  In each case the identical defendant (HOKE) is charged; also, in each case there are similar victims (federally insured financial institutions), similar witnesses, and a similar modus operandi.  Moreover, HOKE, by and through her retained counsel (Joseph H. Low, Esq.), specifically requests that the 3 cases be related before the same judicial officer.

///

As to the Indictment in CR. S-08-311-GEB, HOKE has agreed to plead guilty in the EDCA.  Also, HOKE (through her counsel) requests to resolve the Indictment in CR. S-08-311-GEB at the time she resolves the Indictment in CR S-08-106-MCE and the Information in CR. S-08-276-MCE.  On July 24, 2008, the case in CR S-08-106-MCE (Indictment charging EDCA robbery) and the case in CR. S-08-276-MCE (Information charging WDTX robbery) are scheduled (before Judge England) for status hearing and change of plea hearing.

**CONCLUSION**

ACCORDINGLY, the United States -- having represented that in two cases already before Judge England (CR. S-08-106-MCE and CR. S-08-276-MCE) and in a third case (CR. S-08-311-GEB) there is the same defendant, and there are related evidence issues, sentencing issues, and similar witness concerns -- respectfully moves for relation of the latter case (CR S-08-311-GEB) with the earlier cases (CR S-08-106-MCE and CR. S-08-276-MCE) already before the previously assigned judicial officer (Judge England).  For the reasons set forth herein, relation of cases would help defense counsel, victims, and witnesses deal with prosecutorial and judicial burdens.  In addition, relating the LATTER case (CR. S-08-311-GEB) with the EARLIER cases (CR. S-08-106-MCE and CR. S-08-276-MCE) would be efficient for the U.S. Probation Office.

Dated: 7/8/2008

McGREGOR W. SCOTT
United States Attorney

By: /s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant U.S. Attorney

**RELATED CASE ORDER**

Examination of the above-captioned matters, CR. NO. S-08-106-MCE and CR. S-08-276-MCE, and the criminal action in CR. NO. S-08-311-GEB reveals that the actions are related within the meaning of Local Rule 83-123.  The actions involve similar transactions, including as to defendant, victims, and witnesses, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the actions are assigned to the same judge.  No consolidation of the actions is effected.  Under the regular practice of this court, related cases are assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. S-08-311-GEB is reassigned to Judge England, for all further proceedings.  The matter, CR. S-08-311, is to be placed on this Court's July 24, 2008 calendar with CR. S-08-106 and CR. S-08-276.  Henceforth, the caption on documents filed in the reassigned case shall show the initials "MCE" instead of the other jurist's initials.

///
///
///
///

1  IT IS FURTHER ORDERED that the clerk of the Court make
2  appropriate adjustment in the assignment of criminal cases to
3  compensate for this reassignment.

Dated: July 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE